# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JANE DOE 1, <br> *Plaintiff* <br> v. <br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, a Utah corporation, LDS FAMILY SERVICES, a Utah corporation, <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No.   2:17-CV-0300-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Defendants' Motion for Summary Judgment (ECF No. 10) is GRANTED.
Judgment is entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge     THOMAS O. RICE _____ on a motion for  summary judgment.

Date:  July 6, 2018 _____

CLERK OF COURT

SEAN F. McAVOY

s/ Bridgette Fortenberry
_____
*(By) Deputy Clerk*

Bridgette Fortenberry